## BURROW v. WESTINGHOUSE ELECTRIC CORP.

No. 68P88.

Case below: 88 N.C. App. 347.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 6 April 1988.

## CHOLETTE v. TOWN OF KURE BEACH

No. 31P88.

Case below: 88 N.C. App. 280.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 6 April 1988. Motion by defendants to dismiss appeal for lack of substantial constitutional question allowed 6 April 1988.

## HIGH v. FERGUSON

No. 35P88.

Case below: 88 N.C. App. 311.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 6 April 1988.

## HINCHER v. HINCHER

No. 626P87.

Case below: 87 N.C. App. 509.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 April 1988.

## IN RE FORECLOSURE OF BEAN

No. 42P88.

Case below: 88 N.C. App. 312.

Notice of appeal by John W. Bean pursuant to G.S. 7A-30 dismissed 6 April 1988. Petition by John W. Bean for discretionary review pursuant to G.S. 7A-31 denied 6 April 1988.